**United States District Court**
For the Northern District of California

1
2
3                              NOT FOR CITATION
4                    IN THE UNITED STATES DISTRICT COURT
5                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
6
7   KATHLEEN MARTIN,                        NO: CV 06-04099 PJH

8              Plaintiff,                   **ORDER REGARDING FAILURE
     v.                                     TO E-FILE**
9
10  FIRST RESOLUTION INVESTMENT
    CORPORATION,
11             Defendant.
                                          /
12
       This case is subject to Electronic Case Filing ("ECF"), pursuant to General Order 45,
13
Section VI of which requires that all documents in such a case be filed electronically. Our docket
14
reflects that the **Complaint (doc 1)** was not filed electronically.
15
       IT IS HEREBY ORDERED counsel for Plaintiff e-mail the above mentioned document to
16
the Court in Portable Document Format ("PDF") format within 10 days, as an attachment in an *e-*
17
*mail* message directed to the judges chamber's "PDF" email box listed at
18
http://ecf.cand.uscourts.gov. (Click on the **Judges** button and follow the procedure listed there). Do
19
*not* e-file a document which has been previously filed on paper, as is the case with the above
20
mentioned filing. **All subsequent papers should be e-filed.**
21
       Failure to comply with this order may result in the imposition of monetary or other sanctions
22
on a daily basis until the failure to comply with the General Order has been remedied.
23
       General Order 45 provides at Section IV (A) that "Each attorney of record is obligated to
24
become an ECF User and be assigned a user ID and password for access to the system upon
25
designation of the action as being subject to ECF."
26
27
28

IT IS HEREBY FURTHER ORDERED that, if she or he has not already done so, counsel for Plaintiff shall register forthwith as an ECF User and be issued an ECF User ID and password. Forms and instructions can be found on the Court's Web site at ecf.cand.uscourts.gov.

Dated: 8/8/06                              _____

United States District Judge