1  Law Offices of Eric F. Fagan #87071
   Efagan@efaganlaw.com
2  2220 Otay Lakes Rd. #502-84
   Chula Vista, Ca. 91915
3  efagan@efaganlaw.com
   Phone: 619-656-6656  fax:  775-898-5471
4  Attorney for Plaintiffs
5
6
7
8
                    **UNITED STATES DISTRICT COURT**
9                     **NORTHERN DISTRICT OF CALIFORNIA**
10

11 KATHLEEN MARTIN,                              )
                                                 )
12         Plaintiff                             )
                                                 )
13 v.                                            )   Civil Case No.:  C 06 04099 PJH
                                                 )
14 FIRST RESOLUTION INVESTMENT                   )   **REQUEST FOR TELEPHONIC
   CORPORATION, a corporation; EDGAR J.          )   INITIAL CASE MANAGEMENT
15 LANA, PC, a professional corporation;         )   CONFERENCE**
   ROBERT J. MCNAIR, an individual; and          )      AND ORDER DENYING REQUEST
16 DOES 1 through 10 inclusive,                  )
                                                 )   Time: 2:30 PM
17         Defendants                            )   Date:  November 30, 2006
                                                 )   Judge: Phyllis J. Hamilton
18                                               )
                                                 )
19 _____)

20
   TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:
21
          Because counsel for the plaintiff KATHLEEN MARTIN are located in San Diego, California,
22
   counsel respectfully requests to be allowed to appear at the November 30, 2006 Initial Case Management via
23
   telephone from his office at 2300 Boswell Rd. Ste 211, Chula Vista, CA 91914; (619) 656-6656
24
25
          Dated 10/26/06
26                                          _____**/S/**_____
                                            Eric F Fagan, Attorney for Plaintiffs
27
28

                                                1
                     REQUEST FOR TELEPHONIC INITIALCASE MANAGEMENT CONFERENCE

1  The court Hereby grants the request for Eric F. Fagan to appear at the above-mentioned Initial Case
2  Management telephonically.
3
4  Date:___11/6/06_____                        _____
5                                                The Hon. Phylli
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I, Dorian Hudson, declare that:

I am, and was at the time of the service hereinafter mentioned, at least 18 years of age and not a party to this action. My business address is 2220 Otay Lakes Rd. #502-84 Chula Vista, CA 91915. I am employed in San Diego County, CA.

I served the following:

**REQUEST FOR TELEPHONIC INITIALCASE MANAGEMENT CONFERENCE**

United States District Court, Northern District of California, Case No. C 06 04099 PJH

On November 6, 2006 by depositing copies thereof in the United States mail at Chula Vista, CA 91911 enclosed in a sealed envelope, with postage fully prepaid, addressed to:

    Robert J McNair
    Edgar Lana
    3730 Mount Diablo Blvd Suite 340
    Post Office Box 1268
    Lafayette, CA 94549

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed November 6, 2006 at Chula Vista, CA 91915.

          /S/
_____
Dorian Hudson