UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KATHLEEN MARTIN,

    Plaintiff,

    v.

FIRST RESOLUTION INVESTMENT CORPORATION, et al.,

    Defendants.
_____/

No. C 06-4099 PJH

**ORDER DENYING DEFENDANTS' RULE 11 MOTION**

Plaintiff filed this action on June 30, 2006. The two defendants answered the complaint on November 1, 2006, and November 7, 2006.[1] The case management conference was held on November 30, 2006. On May 9, 2007, plaintiff filed a motion for leave to amend the complaint, which was noticed for hearing on June 27, 2007.

On May 18, 2007, defendants, who have filed no motions under Federal Rule of Civil Procedure 12, filed a motion for sanctions under Federal Rule of Civil Procedure 11, asserting that the allegations in the complaint are without merit. The court finds that defendants' motion must be DENIED as premature, given plaintiff's pending motion to amend the complaint.

**IT IS SO ORDERED.**

Dated: May 18, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge

---

[1] A third defendant was dismissed pursuant to stipulation on January 8, 2007.