**E-Filing**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KATHLEEN MARTIN,

    Plaintiff,

v.

FIRST RESOLUTION INVESTMENT CORPORATION, et al.,

    Defendants.
_____/

No. C 06-4099 PJH

**ORDER GRANTING MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

Defendants First Resolution Investment Corporation and Edgar J. Lana, P.C., having filed a statement of non-opposition to plaintiff's motion for leave to file a first amended complaint, the motion is hereby GRANTED. Plaintiff shall file the amended complaint no later than June 22, 2007. The date for the hearing on the motion, previously set for June 27, 2007, is VACATED.

**IT IS SO ORDERED.**

Dated: June 15, 2007

                /s/ Jeffrey S. White
                for PHYLLIS J. HAMILTON
                United States District Judge