TOMIO B. NARITA (SBN 156576)
JEFFREY A. TOPOR (SBN 195545)
SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104-4816
Telephone: (415) 283-1000
Facsimile:   (415) 352-2625
tnarita@snllp.com
jtopor@snllp.com

Attorneys for Defendant
First Resolution Investment Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN MARTIN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>FIRST RESOLUTION INVESTMENT CORPORATION, a corporation; EDGAR J. LANA, PC, a professional corporation; and DOES 1 through 10 inclusive<br><br>　　　　Defendants. | CASE NO.: C06-04099 PJH<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL**  AND ORDER |

1   PLEASE TAKE NOTICE that defendant First Resolution Investment
2   Corporation hereby substitutes the law firm of Simmonds & Narita, LLP as its
3   counsel of record in this action, in place of its present counsel, Edgar J. Lana, P.C.
4   The new address for counsel for defendant shall be:

6   **Tomio B. Narita**
    **Jeffrey A. Topor**
7   **Simmonds & Narita LLP**
    **44 Montgomery Street, Suite 3010**
8   **San Francisco, CA 94104**
    **Tel.: (415) 283-1000**
9   **Fax: (415) 352-2625**

11  I consent to the above substitution.

13  By: _____
        Ophar Dhaliwal
14      On Behalf of First Resolution Investment Corporation

16  I consent to the above substitution.

18  By: _____
        Tomio B. Narita
19      Simmonds & Narita LLP

21              8/7/07

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA