TOMIO B. NARITA (SBN 156576)
JEFFREY A. TOPOR (SBN 195545)
SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104-4816
Telephone: (415) 283-1000
Facsimile:   (415) 352-2625
tnarita@snllp.com
jtopor@snllp.com

Attorneys for Defendant
First Resolution Investment Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN MARTIN, | CASE NO.: C06-04099 PJH |
| Plaintiff, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF PLAINTIFF'S MOTION TO COMPEL FURTHER DISCOVERY RESPONSES** |
| FIRST RESOLUTION INVESTMENT CORPORATION, a corporation; EDGAR J. LANA, PC, a professional corporation; and DOES 1 through 10 inclusive | |
| Defendants. | |

1  WHEREAS Plaintiff filed Motion to Compel Further Responses to
2 Discovery by First Resolution Investment Corporation and set the motion for
3 hearing on August 22, 2007; and
4  WHEREAS defendant First Resolution Corporation recently retained new
5 counsel on August 3, 2007; and
6  WHEREAS the parties have agreed to continue the hearing on Plaintiff's
7 motion to compel; and
8  WHEREAS defendant First Resolution Corporation waives any objection it
9 may have to a) having the hearing of Plaintiff's motion to compel held after the
10 scheduled discovery cut-off date in this matter, b) producing responses if any as
11 directed by the court, and c) any further hearings necessary in the event plaintiff
12 believes that any such supplemental responses are inadequate.
13  THEREFORE, IT IS HEREBY STIPULATED between the parties to
14 continue the hearing on Plaintiff's motion to compel to October 3, 2007,
15 commencing at 1:00 p.m., in Courtroom C, 15th Floor, at 450 Golden Gate
16 Avenue, San Francisco, California, before the Honorable Magistrate Judge
17 Edward M. Chen.
18  Further, defendant First Resolution Corporation's opposition to Plaintiff's
19 motion shall be filed on or before September 12, 2007, and Plaintiff's reply in
20 support of her motion shall be filed on or before September 19, 2007.
21
22 DATED: August 14 , 2007       SIMMONDS & NARITA, LLP
                                 TOMIO B. NARITA
23                               JEFFREY A. TOPOR
24
25                               By:  s/Tomio B. Narita
                                     Tomio B. Narita
26                                   Attorneys for defendant
                                     First Resolution Corporation
27
28

1  DATED: August 14, 2007          LAW OFFICES OF ERIC F. FAGAN
2                                   ERIC F. FAGAN
                                    JEREMY S. GOLDEN
3

4
                                   By:  s/Jeremy S. Golden
5                                       Jeremy S. Golden
                                        Attorneys for Plaintiff
6

7  **IT IS SO ORDERED.**

8

9

10 DATED: __August 15__, 2007   _____
11                               The Honorable
                                 United States Magistrate Judge
12

*IT IS SO ORDERED*
*Judge Edward M. Chen*