Eric F. Fagan (SBN 87071)
Jeremy S. Golden (SBN 228007)
Mary Thompson (SBN 249200)
Law Offices of Eric F. Fagan
2300 Boswell Rd Suite #211
Chula Vista, CA 91914
efagan@efaganlaw.com
Phone: 619-656-6656; Fax: 775-898-5471
Attorney for Plaintiff KATHLEEN MARTIN

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN MARTIN,<br><br>   Plaintiff<br><br>v.<br><br>FIRST RESOLUTION INVESTMENT CORPORATION, a corporation; EDGAR J. LANA, PC, a professional corporation; and DOES 1 through 10 inclusive,<br><br>   Defendants | Civil Case No.:  C06-04099 PJH<br><br>**JOINT APPLICATION AND STIPULATION OF DISMISSAL**<br>AND ORDER |

## I.  APPLICATION

  The parties hereby apply to this court to dismiss the entire action and all causes of action with prejudice.  Good cause exists for the dismissal as set forth below in the stipulation.

//

//

//

## II. STIPULATION

IT IS HEREBY STIPULATED by and between the Plaintiff KATHLEEN MARTIN and the Defendant FIRST RESOLUTION INVESTMENT CORPORATION; that this action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

DATED: September 26, 2007

                                                      /s/ Eric F. Fagan
                                              Eric F. Fagan
                                              Attorney for Plaintiff KATHLEEN MARTIN

DATED: September 26, 2007

                                                    /s/ Tomio B. Narita
                                              Tomio B. Narita
                                              Attorney for Defendant FIRST RESOLUTION INVESTMENT CORPORATION

## III.
## ~~PROPOSED~~ ORDER

Good cause having been shown, it is hereby ordered that the entire action be dismissed with prejudice.

DATE: 9/26/07                                    BY: _____
                                                       UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
*UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA*